ACCEPTED
03-15-00335-CV
6664117
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 2:56:30 PM
JEFFREY D. KYLE
CLERK



# VALDEZ, JACKSON & TREVIÑO, PC

ATTORNEYS AT LAW

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/26/2015 2:56:30 PM

JEFFREY D. KYLE
Clerk

**Robert E. Valdez**
*Attorney At Law*
revaldez@vjtlawfirm.com

Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
Licensed in Texas and New Mexico

Plaza Las Campanas
1826 N. Loop 1604 W, Suite 275
San Antonio, Texas 78248
*phone* 210.598.8686
*fax* 210.598.8797
www.vjtlawfirm.com

August 26, 2015

Jeffrey D. Kyle                                   *via eFileTex.gov*
Clerk of the Court
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Re: *Herbet Rolncik v. Sight's My Line, Inc., et al.*
Court of Appeals No. 03-15-00335-CV
Trial Court No. D-1-GN-14-004583

Mr. Rose:

I am lead counsel for Adams & Graham, L.L.P in the above-referenced appeal. Pursuant to Rule 12 of the Rules of Local Practice, I ask that notice of all communications from the Court in this appeal be sent to my associate, Joseph Cuellar, as well as myself. His email address is jcuellar@vjtlawfirm.com

Thank you for your assistance in this matter.

Sincerely,

Robert E. Valdez

REV/jec

{00165705}